AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 18, 2022

SEAN F. McAVOY, CLERK

JASON MARK HART,

|  |  |
|---|---|
| *Plaintiff* | ) |
| v. | ) |
| DR. DANIEL VARNELL and | ) |
| DEPARTMENT OF CORRECTIONS, | ) |
| *Defendant* | ) |

Civil Action No.   No. 4:21-cv-05150-SMJ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑  other:    Plaintiff's Motion to Voluntarily Dismiss Complaint, ECF No. 10, is GRANTED.  All claims are DISMISSED WITHOUT PREJUDICE.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge    SALVADOR MENDOZA, JR. _____ on a Motion to Voluntarily Dismiss.

Date:  1/18/2022 _____

CLERK OF COURT

SEAN F. McAVOY

s/ Lennie Rasmussen
*(By) Deputy Clerk*

Lennie Rasmussen